CITIZENS STATE BANK OF GENEVA, APPELLANT, V. WALTER V. HUSTON ET AL., APPELLEES.
CITIZENS STATE BANK OF GENEVA, APPELLANT, V. BERT A. LYNN, GUARDIAN, ET AL., APPELLEES.

FILED JANUARY 30, 1930. No. 26986.

*Tibbets, Lambe & Hewitt*, for appellant.

*Waring & Waring, Sloans, Keenan & Corbitt* and *Montgomery, Hall, Young & Johnsen, contra*.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, and EBERLY, JJ., and LANDIS, District Judge.

PER CURIAM.

This is an appeal from a decree of the district court for Fillmore county dismissing two suits brought by plaintiff to recover certain notes alleged to have been wrongfully transferred by the managing officer of plaintiff bank to two estates which he represented. The two suits were consolidated in the district court.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.